NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HAND HELD PRODUCTS, INC.,**
*Plaintiff-Appellant*

**v.**

**AMAZON.COM, INC., AMZN MOBILE LLC, AMAZONFRESH LLC, A9.COM, INC., A9 INNOVATIONS LLC, QUIDSI, INC.,**
*Defendants-Appellees*

---

2016-1906

---

Appeal from the United States District Court for the District of Delaware in No. 1:12-cv-00768-RGA, Judge Richard G. Andrews.

---

**JUDGMENT**

---

MARTIN RICHARD LUECK, Robins Kaplan LLP, Minneapolis, MN, argued for plaintiff-appellant. Also represented by MATTHEW L. WOODS, ANDREW JOSEPH KABAT, SHIRA T. SHAPIRO; DANIELLE ROSENTHAL, New York, NY.

DAVID BENYACAR, Arnold & Porter Kaye Scholer LLP, New York, NY, argued for defendants-appellees. Also represented by DANIEL REISNER, DAVID SOOFIAN.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, DYK, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  June 19, 2017  | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |